■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Also Known as ANGELO RIVERA, Appellant. [972 NYS2d 918]—Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered November 10, 2011, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his plea of guilty was entered voluntarily, knowingly, and intelligently (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d 662, 666 [1988]; *People v Harris*, 61 NY2d 9, 17 [1983]).

The defendant's valid waiver of his right to appeal precludes

review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Angiolillo, J.P., Hall, Roman and Cohen, JJ., concur.